WETMORE v. STROMEYER. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Catherine F. Wetmore against Indiana V. Stromeyer. No opinion. Motion granted, upon payment of $50. See 45 N. Y. Supp. 1150, and 46 N. Y. Supp. 1103.

WHITE, Appellant, v. COLUMBIA NAT. BANK OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Charles A. White against the Columbia National Bank of Buffalo. No opinion. Judgment and order affirmed, with costs.

WILCOX, Appellant, v. BAKER et al., Respondents. (Supreme Court, Appellate Division, Third Department. November Term, 1897.) Action by Bradford B. Wilcox against Truman Baker and Frank E. Wynn. No opinion. Judgment affirmed, with costs. See 47 N. Y. Supp. 900.

WINSHIP, Respondent, v. BUFFALO, R. & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Martha Winship, as administratrix, etc., against the Buffalo, Rochester & Pittsburgh Railway Company. No opinion. Judgment and order affirmed, with costs. All concur, except ADAMS, J., dissenting, on the ground that there is no proof of the absence of contributory negligence.

WRIGHT, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1898.) Action by George Wright against the Nassau Electric Railroad Company. No opinion. Cause settled after argument, by stipulation between the parties.

WRIGHT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Frederick Wright against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See 48 N. Y. Supp. 1119.

YELLOW PINE CO., Respondent, v. ATLANTIC LUMBER CO., Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by the Yellow Pine Company against the Atlantic Lumber Company. No opinion. Order affirmed, with $10 costs and disbursements. See 47 N. Y. Supp. 79.

YOUNG v. FOX. (Supreme Court, Appellate Division, First Department. March 11, 1898.) Action by Emma B. Young against Richard K. Fox. No opinion. Motion for leave to go to court of appeals granted. See 48 N. Y. Supp. 1119, and 49 N. Y. Supp. 634.

ZELTNER v. IRWIN. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Henry Zeltner against George H. Irwin. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 1036; 46 N. Y. Supp. 852; and 49 N. Y. Supp. 337.